THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN PACQUETTE, Appellant.

Submitted August 23, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PARISI, Appellant.

Submitted August 16, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Inc., Arthur M. Cromarty Court Complex, 300 Center Drive, PO Box 1697, Riverhead, New York 11901 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERMAL QOSHJA, Appellant.

Submitted August 16, 2010; decided August 26, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.